# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3194

_____

Anthony L. Haubrich; Lecia R. Connors, formerly known as Lecia R. MacLeod;
Ryan P. Connors; Gaoxee M. Yang; Daua Yang

*Plaintiffs - Appellants*

v.

U.S. Bank National Association; Mortgage Electronic Registration Systems, Inc.;
MERSCORP, Inc.; Federal Home Loan Mortgage Corporation

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 19, 2013
Filed: July 25, 2013
[Published]

_____

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Plaintiffs appeal the district court's[1] order granting defendants' motion to dismiss their quiet-title claims.  Following de novo review, we agree with the district court that plaintiffs' complaint allegations provide no factual support for conclusory and speculative assertions concerning deficiencies in the assignment and recording of notes and mortgages preceding foreclosure proceedings.  See Blaylock v. Wells Fargo Bank, N.A., 502 Fed. Appx. 623, 623-24 (8th Cir. 2013) (unpublished per curiam); Karnatcheva v. JP Morgan Chase Bank, N.A., 704 F.3d 545, 547-48 (8th Cir.), petition for cert. filed, 81 USLW 3670 (Apr. 29, 2013) (No. 12-1303).  We therefore affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.